MYRTIE A. JOSLYN, Respondent, v. EMPIRE STATE DEGREE OF HONOR, Appellant.

*Joslyn* v. *Empire State Degree of Honor*, 145 App. Div. 14, reversed.

(Argued January 10, 1912; decided January 30, 1912.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 16, 1911, which affirmed an interlocutory judgment of Special Term overruling a demurrer to the complaint in an action to recover upon a certificate of life insurance.

The following question was certified: "Does the complaint state facts sufficient to constitute a cause of action?"

*Clare A. Pickard* for appellant.

*Frank C. Ogden* for respondent.

Order and interlocutory judgment reversed and judgment ordered for defendant on demurrer, with costs in all courts. Question certified answered in the negative, with leave to plaintiff to serve amended complaint within twenty days on payment of such costs, on dissenting opinion of SMITH, P. J., below.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, CHASE and COLLIN, JJ.